# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| VANTENZA COATS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12-cv-01073-TMP |
| ) | |
| MARTY FARMER, et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The magistrate judge filed a report and recommendation on November 12, 2013, recommending that plaintiff's equal protection and false imprisonment claims be dismissed for failing to state a claim. It was further recommended that plaintiff's claims of cruel and unusual punishment, excessive force, and denial of medical care be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the plaintiff's equal protection and false imprisonment claims against the defendants are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the plaintiff's cruel and unusual punishment, excessive force, and denial of medical care claims against all defendants are REFERRED to the magistrate judge for further proceedings.

DATED this 22nd  day of April, 2014.

*Robert B. Propst*

---
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE